```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 01361
    WALTER TURNER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9561

----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
      The case was filed on 01/22/2008 and was not confirmed.

      The case was dismissed without confirmation 03/17/2008.
----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
----------------------------------------------------------------------------
ASSET ACCEPTANCE LLC    UNSECURED            113.58          .00             .00
HOMEQ                   NOTICE ONLY       NOT FILED          .00             .00
PRO SE DEBTOR           DEBTOR ATTY           .00                            .00
TOM VAUGHN              TRUSTEE                                              .00
DEBTOR REFUND           REFUND                                               .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        --------------       --------------
TOTALS                     .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/25/08           _____

                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```